# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **CR217-49**                    DATE **12/20/2018**

TITLE  **USA v. David Joseph Muyres**

TIMES **10:01 - 10:21**                    TOTAL **20 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**      Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**                Interpreter :

Attorney for   Government                Attorney for Defendant(s)        Defendant(s)

Karl Knoche                        Alex Zipperer

PROCEEDINGS : **Sentencing**                    ☑ In Court
                                                ☐ In Chambers

The Court has read and reviewed the motion and memorandum filed.
Objections - None
The Court adopts the findings of fact and conclusions of applicable advisory guidelines and
Therefore finds total Offense Level 39 / Criminal History I / Guideline 60 Months /
1-3 years supervised release / $50,000 - $250,000 fine / $100 special assessment /
no minimum - 5 years maximum
Government 10:05 - 10:10 / Defense 10:10 / Motion Granted / Government 10:11 - 10:12
Defendant 10:12 - 10:13
Court - BOP 36 months / 3 years supervised release / no fine / $100 special assessment /
forfeiture per agreement / standard, special and mandatory conditions of release / DNA
sample / no firearms or weapons / submit to substance abuse testing and no tampering /
subject to searches / FCI Coleman to the extent space and security allow / appeal wavier /
defendant to self surrender to the designated facility within 35 days by 2:00 pm