UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) CR 217-49 |
|---|---|
| v. | ) |
| DAVID JOSEPH MUYRES | ) |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the Government's Motion for Reduction of Sentence be sealed until further Order of this Court, excepting only such disclosures as the government deems necessary to comply with its obligations under Brady v. Maryland, 373 U.S. 83 (1963).

So ORDERED this ___17___ day of December 2019.

_____
HON. LISA GODBEY WOOD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA